**SANDERS LAW GROUP**
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 124606

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

John Barrett,
    Plaintiff,

v.

Gramercy Global Entertainment, LLC, d/b/a The Blast,
    Defendant,

Case No: 2:22-cv-02652-GW-MRW
**RETURNED SUMMONS**

DATED: April 25, 2022

            **SANDERS LAW GROUP**

            By: _/s/ Craig B. Sanders_
            Craig B. Sanders, Esq.
            100 Garden City Plaza, Suite 500
            Garden City, NY 11530
            Tel: (516) 203-7600
            Email: csanders@sanderslaw.group
            *Attorneys for Plaintiff*
            File No.: 124606

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-02652-GW-MRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* GRAMERCY GLOBAL ENTERTAINMENT, LLC d/b/a THE BLAST
was received by me on *(date)* 04/22/2022

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TAMMY GERADI (AUTHORIZED AGENT), who is
designated by law to accept service of process on behalf of *(name of organization)* GRAMERCY GLOBAL ENTERTAINMENT, LLC d/b/a THE BLAST
C/O TELOS LEGAL CORP., 1012 COLLEGE ROAD, SUITE 201, DOVER, DE 19904 on *(date)* 04/22/2022 AT 2:20 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 04/22/2022

_____
*Server's signature*

GRANVILLE MORRIS   PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY DEMAND; EXHIBITS 1-2; NOTICE TO PARTIES OF COURT DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;